JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARTIN E. WALTERS,** <br> Plaintiff, <br> v. <br> **MATTHEW CATE, et al.,** <br> Defendants. | Case No. EDCV 12-0137 JAK (DTB) <br><br> [~~PROPOSED~~] ORDER |

   In accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), and pursuant to the stipulation of the parties, this action is dismissed with prejudice. Each party is to bear his or her own costs, fees, and expenses of any type, associated with this action.

1

There is no prevailing party in this action.

The mediator shall retain jurisdiction for purposes of enforcement of the terms of the settlement agreement between the parties.

**IT IS SO ORDERED.**

Dated: November 4, 2014

_____
The Honorable David T. Bristow
United States Magistrate Court Judge

2

# CERTIFICATE OF SERVICE

Case Name:   **Walters v. Cate, et al.**              No.   **EDCV 12-0137 JAK (DTB)**

I hereby certify that on October 29, 2014, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED] ORDER**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On October 29, 2014, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Martin Edward Walters
California State Prison - San Quentin
CDC # E-86183
San Quentin State Prison
3N64L
San Quentin, CA  94974
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 29, 2014, at Los Angeles, California.

|  R. Macias  |  /s/ R. Macias  |
| :---: | :---: |
| Declarant | Signature |

61408631.doc